# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 06/21/2018

**Case Name:**   David Stebbins v. State of Arkansas, et al
**Case Number:**   18-2308

**Docket Text:**
MOTION for appointment of counsel, filed by Appellant Mr. David A. Stebbins w/service 06/21/2018. [4675050] [18-2308]

**The following document(s) are associated with this transaction:**
Document Description:  Motion for appointment of counsel

**Notice will be mailed to:**

Mr. David A. Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

**Notice will be electronically mailed to:**

Ms. Christine Ann Cryer: christine.cryer@arkansasag.gov, kelly.rowland@arkansasag.gov,agcivil@arkansasag.gov
Mr. David A. Stebbins: stebbinsd@yahoo.com