UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

DAVID A. STEBBINS                                                                          APPELLANT

VS.                                    CASE NO. 18-2308

STATE OF ARKANSAS, ARKANSAS
REHABILITATION SERVICES, AND AMY JONES            APPELLEES

## MOTION FOR EXTENSION OF TIME OR IN THE ALTERNATIVE FOR ECF ACCESS

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following Motion for Extension of Time or alternatively for permission to file electronically in the above-styled action.

1. I need to fix my printer. So I need more time to print the appellant brief. Two weeks should be enough time. The new due date would be August 9, 2018.

2. Alternatively, if this Court were willing to grant me permission to file the Appellant Brief using the ECF system, which would negate the need for me to use my printer.

So requested on this, the 23rd day of July, 2018.

                                                                         David Stebbins
                                                                        123 W. Ridge St.,
                                                                        APT D
                                                                        Harrison, AR 72601
                                                                        870-204-6516
                                                                        stebbinsd@yahoo.com

FAX RECEIVED

JUL 23 2018

U.S. COURT OF APPEALS
FOR THE EIGHTH CIRCUIT