18-2308  David Stebbins v. State of Arkansas, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 07/23/2018

**Case Name:** David Stebbins v. State of Arkansas, et al
**Case Number:** 18-2308

**Docket Text:**
MOTION for extension of time to file brief until 08/09/2018, filed by Appellant Mr. David A. Stebbins w/service 07/23/2018. [4684918] [18-2308]

**The following document(s) are associated with this transaction:**
Document Description: Motion Filed

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Christine Ann Cryer: christine.cryer@arkansasag.gov, kelly.rowland@arkansasag.gov,agcivil@arkansasag.gov
Mr. David A. Stebbins: stebbinsd@yahoo.com