# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-2308

David A. Stebbins

Appellant

v.

State of Arkansas and Amy Jones

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:17-cv-03092-TLB)
_____

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until August 9, 2018 to file the brief.

July 23, 2018

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans