# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-2308

David Anthony Stebbins

Appellant

v.

State of Arkansas and Amy Jones

Appellees

___

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:17-cv-03092-TLB)
___

**ORDER**

Appellant has submitted a brief which exceeds the 30-page limit established by Federal Rule of Appellate Procedure 32(a)(7)(A). Appellant is granted seven days to file either: (1) a brief which complies with the Rule or (2) a statement showing the brief complies with either the word or line limits set out in Federal Rule of Appellate Procedure 32(a)(7)(B). Permission to file an overlength brief will not be granted. See 8th Cir. R. 28A(k).

If appellant fails to comply with this order within the time allowed, the brief will be stricken and an order to show cause for failure to prosecute will be issued.

August 10, 2018

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Michael E. Gans