UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

DAVID A. STEBBINS            APPELLANT

VS.            CASE NO. 18-2308

STATE OF ARKANSAS, ARKANSAS
REHABILITATION SERVICES, AND AMY JONES      APPELLEES

## RESPONSE TO ORDER DATED AUGUST 10, 2018

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following Resposc to the Clerk's Order dated August 10, 2018.

1. The Appellant Brief submitted contains only 9,354 words. To prove this, I am attaching a screenshot from my word processor which I used to prepare the Brief, showing a word count.

2. This is well within the 13,000 word limit required by Fed.R.App.P 32(a)(7)(B).

3. Even if this Court may count some things in the brief as being "words" that the word processor app does not, the odds that those extra words would bring the word count up by 3,646 words is astronomical.

So notified on this, the 10th day of August, 2018.

*David S Stebbins*

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

FAX RECEIVED

AUG 10 2018

U.S. COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

DAVID A. STEBBINS                                                     APPELLANT

VS.                         CASE NO. 18-2308

STATE OF ARKANSAS, ARKANSAS
REHABILITATION SERVICES, AND AMY JONES           APPELLEES

## APPELLANT BRIEF

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following Appellant Brief in the above-styled action.

### I. TABLE OF CONTENTS

| Section | | Page |
|---|---|---|
| I. | Table of Authorities | 4 |
| II. | Jurisdictional Statement | 6 |
| III. | Statement of Issues | 7 |
| IV. | Statement of the Case | 10 |

[Word Count dialog box overlay showing — Current selection: Words: 0, Characters: 0; Whole document: Words: 9354, Characters: 57366; OK / Help]