18-2308  David Stebbins v. State of Arkansas, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 08/10/2018

**Case Name:** David Stebbins v. State of Arkansas, et al
**Case Number:** 18-2308

**Docket Text:**
RESPONSE to clerk order requesting clarification of the length of brief [4692636-2] filed by Party Mr. David Anthony Stebbins , w/service 08/10/2018. [4692762] [18-2308]

**The following document(s) are associated with this transaction:**
Document Description: Response Filed

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Christine Ann Cryer: christine.cryer@arkansasag.gov, kelly.rowland@arkansasag.gov,agcivil@arkansasag.gov
Mr. David Anthony Stebbins: stebbinsd@yahoo.com