# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-2308

David Anthony Stebbins

Appellant

v.

State of Arkansas and Amy Jones

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:17-cv-03092-TLB)
_____

**ORDER**

Appellant has complied with the court's order of August 10, 2018. The clerk will file the brief appellant submitted on August 9, 2018.

August 10, 2018

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans