# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**DAVID STEBBINS**                                                **APPELLANT**

**VS.**                        **CASE NO. 18-2308**

**STATE OF ARKANSAS, et al**.                            **APPELLEES**

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEES' BRIEF

COME NOW the Appellees, by and through their attorneys, Attorney General Leslie Rutledge and Senior Assistant Attorney General Christine A. Cryer, and for their Motion for Extension of Time to File their Appellees' Brief, state:

1. On August 13, 2018, Appellant David Stebbins filed his brief with this Court.

2. Appellees' brief is currently due on September 12, 2018.

3. The undersigned has had an extremely full hearing schedule and briefing schedule during the months of August 2018 – September 2018, and has not been able to complete the Appellees' brief.

4. Unfortunately, the undersigned is scheduled for a non-elective medical procedure, and will be out of the office on medical leave from September 17, 2018 until October 29, 2018.

5. For these reasons, the Appellees respectfully request a sixty (60) day extension in which to file their brief.

6. This request is made in good faith and not in an effort to thwart justice.

WHEREFORE, for the above said reasons, the Appellees respectfully request that their Motion for Extension of Time be granted and they be granted a sixty (60) day extension in which to file their brief.

Respectfully submitted,

LESLIE RUTLEDGE
Arkansas Attorney General

By: /s/ Christine A. Cryer
Arkansas Bar #2001082
Sr. Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR  72201-2610
Telephone: (501) 683-0958
Facsimile:  (501) 682-2591
Christine.cryer@arkansasag.gov

# CERTIFICATE OF COMPLIANCE FOR MOTION TO EXTEND TIME FOR FILING

I hereby certify that the Motion to Extend Time for Filing, which is being submitted pursuant to Rule 27 of the Federal Rules of Appellate Procedure today, contains a total of 468 words, in proportionally sized 14-point Century Schoolbook font, as calculated by Microsoft Word 2010, the program with which the Motion was prepared. The brief was scanned for viruses before filing and is virus-free.

/s/ *Christine A. Cryer*
Arkansas Bar No. 2001082
Sr. Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 683-0958
Fax: (501) 682-2591
Christine.cryer@arkansasag.gov

# **CERTIFICATE OF SERVICE**

I, Christine A. Cryer, Senior Assistant Attorney General, do hereby certify that on this 7th day of September, 2018, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system. I further certify that on this date, I mailed a copy of the above pleading via regular U.S. Mail, to the following non CM/ECF participants:

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, Arkansas 72601

By: /s/ Christine A. Cryer
Arkansas Bar No. 2001082
Sr. Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 683-0958
Fax: (501) 682-2591
Christine.cryer@arkansasag.gov