UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

DAVID A. STEBBINS                                                               APPELLANT

VS.                          CASE NO. 18-2308

STATE OF ARKANSAS, ARKANSAS
REHABILITATION SERVICES, AND AMY JONES          APPELLEES

### RESPONSE IN OPPOSITION TO MOTION FOR EXTENSION OF TIME

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following Response to the Appellee's Motion for Extension of Time.

1. While I do not object wholly to the Appellees being granted an extension of time to file their brief, sixty days is too much.

2. They should, at most, be given only 30 days. Honestly, 14 days seems more than sufficient.

3. If the appellee's counsel is really so overbooked, the Appellees should be expected to secure other counsel.

4. At the very least, the Appellees should be ordered to show cause for why such a long extension is actually necessary. They should be forced to *show proof* that her schedule is so overbooked and that her medical estimate for time off is indeed two whole weeks. Them motion should be denied without prejudice until that happens.

So requested on this, the 7th day of September, 2018.

*David S tebbins*

David Stebbins
123 W. Ridge St., APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

FAX RECEIVED
SEP - 7 2018
U.S. COURT OF APPEALS
FOR THE EIGHTH CIRCUIT