18-2308  David Stebbins v. State of Arkansas, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 09/07/2018

**Case Name:**   David Stebbins v. State of Arkansas, et al
**Case Number:**   18-2308

**Docket Text:**
RESPONSE in opposition to appellee's motion for extension of time to file brief [4702323-2] filed by Appellant Mr. David Anthony Stebbins , w/service 09/07/2018. [4702337] [18-2308]

**The following document(s) are associated with this transaction:**
Document Description:   Reponse in oppositiion to motion for extension of time

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Christine Ann Cryer: christine.cryer@arkansasag.gov, danielle.law@arkansasag.gov,agcivil@arkansasag.gov
Mr. David Anthony Stebbins: stebbinsd@yahoo.com