# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-2308

David Anthony Stebbins

Appellant

v.

State of Arkansas and Amy Jones

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:17-cv-03092-TLB)
_____

**ORDER**

Appellee's motion for an extension of time to file the brief is granted in part. Appellee may have until October 12, 2018 to file the brief.

September 07, 2018

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans