Caption For Case Number: 18-2308

October 09, 2018

District Court/Agency Case Number(s): 3:17-cv-03092-TLB

**David Anthony Stebbins**

    **Plaintiff - Appellant**

**v.**

**State of Arkansas; Amy Jones; Arkansas Rehabilitation Services**

    **Defendants - Appellees**