# IN THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

**DAVID STEBBINS**                                **APPELLANT**

**v.**                      **CASE NO. 18-2308**

**STATE OF ARKANSAS, et al.**                  **APPELLEES**

## APPELLEES' SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

Appellees, the State of Arkansas, Arkansas Rehabilitation Services, and Amy Jones submit the following Second Motion for Extension of Time to File Appellees' Brief:

1. Appellant filed a brief in this *pro se* civil rights case on August 13, 2018.

2. Appellees' brief was originally due September 12, 2018.

3. Senior Assistant Attorney General Christine Cryer moved this Court for an extension of time, citing unexpected medical leave. This Court granted Appellees an additional 30 days to submit their brief.

4. Ms. Cryer remains out of the office on medical leave. Recently, this case was reassigned to undersigned counsel because Ms.

1

Cryer is not available to work on the brief, as explained in her motion for extension of time.

5. Due to the complexity of the issues on appeal and the voluminous record below, undersigned counsel needs additional time to submit Appellees' brief. Appellees seek an additional 30 days, to and including November 11, 2018, within which to file the Appellees' brief.

6. An extension of time will not prejudice or unduly burden either party, as this litigation has been ongoing for years.

7. This extension of time is requested in good faith and not for any improper purpose.

**WHEREFORE**, Appellees respectfully request that this Court grant them an extension of time until November 11, 2018 to file the Appellees' brief.

2

Respectfully submitted,
LESLIE RUTLEDGE
Attorney General

By:   */s/ Kesia Morrison*
Kesia Morrison
License No.: 2015244
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Phone No.: (501) 682-3676
Fax:  (501) 682-2591
kesia.morrison@arkansasag.gov

*Attorneys for Appellees*

## CERTIFICATE OF SERVICE

I, Kesia Morrison, Assistant Attorney General, do hereby certify that on October 9, 2018, I electronically submitted for filing the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/EFC system.

*/s/ Kesia Morrison*
Kesia Morrison

3