# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(a)(7)(B), the undersigned hereby states that the applicable portions of this brief contain 346 words in proportionally sized 14-point Century Schoolbook font. The brief was prepared in Microsoft Office Word 2010. I, Kesia Morrison, hereby certify that the brief has been scanned for viruses and is virus free.

*/s/ Kesia Morrison*
KESIA MORRISON
