UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

DAVID A. STEBBINS                                                            APPELLANT

VS.                          CASE NO. 18-2308

STATE OF ARKANSAS, ARKANSAS
REHABILITATION SERVICES, AND AMY JONES        APPELLEES

### RESPONSE TO MOTION FOR EXTENSION OF TIME TO FILE ANY BRIEF

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following Response to the Appellee's Second Motion for Extension of Time to File Any Brief, filed on October 9, 2018 in the above-styled action.

1. The Appellees have already been given an extension of time to file their brief in this case.

2. In their previous motion for extension of time, they had asked for the same deadline as they are requesting now, only for the Court to give them the deadline of October 12, 2018 instead. In other words, the Court has already denied once already the Appellee's request for an extension up to and including November 13, 2018, and found the Appellee's counsel's medical issues to be unpersuasive.

3. In their new motion for extension, the Appellees offer no new arguments or justifications to support their new Motion for Extension. The only arguments advanced in this second motion are the exact same ones advanced in the previous motion.

4. This means that the Appellee's current motion should be barred because of *res judicata*. At best, the Courts should be extremely suspicious of the Appellee's statement at the end that the request is being made in good faith and not for any improper purpose. At the very least, the Appellees should be required to actually *show proof* that this extension is necessary, rather than simply taking their word for it.

**RECEIVED**

OCT 09 2018

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

Wherefore, premises considered, I respectfully request that the Appellee's Second Motion for Extension of Time be denied.

*David Stebbins*

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com