## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 10/09/2018

**Case Name:**  David Stebbins v. State of Arkansas, et al
**Case Number:**  18-2308

**Docket Text:**
RESPONSE in opposition to motion for extension of time to file brief [4713087-2] filed by Party Mr. David Anthony Stebbins , w/service 10/09/2018. [4713295] [18-2308]

**The following document(s) are associated with this transaction:**
Document Description:  Appellant's reponse filed

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Christine Ann Cryer: christine.cryer@arkansasag.gov, danielle.law@arkansasag.gov,agcivil@arkansasag.gov
Ms. Kesia Morrison: kesia.morrison@arkansasag.gov, agcivil@arkansasag.gov,danielle.law@arkansasag.gov,katie.wilson@arkansasag.gov
Mr. David Anthony Stebbins: stebbinsd@yahoo.com