# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-2308

David Anthony Stebbins

Appellant

v.

State of Arkansas, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:17-cv-03092-TLB)
_____

**ORDER**

Appellee's motion for extension of time to file the brief has been considered by the court and is granted. The brief of appellees' Arkansas Rehabilitation Services, Amy Jones and State of Arkansas is due November 13, 2018.

October 10, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans