18-2308  David Stebbins v. State of Arkansas, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 11/13/2018

**Case Name:** David Stebbins v. State of Arkansas, et al
**Case Number:** 18-2308

**Docket Text:**
**BRIEF FILED** - APPELLEE BRIEF filed by Arkansas Rehabilitation Services, Ms. Amy Jones and State of Arkansas,
**Appellant's reply brief deadline will be set, based on the Certificate of Service in appellee's paper brief.** w/service 11/13/2018 , Length: 8,913 words
**10 COPIES OF PAPER BRIEFS (WITHOUT THE APPELLATE PDF FOOTER) FROM Arkansas Rehabilitation Services, Amy Jones and State of Arkansas due 11/19/2018 WITH certificate of service for paper briefs**
[4725492] [18-2308]

**The following document(s) are associated with this transaction:**
Document Description:  Appellees Brief Filed

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Christine Ann Cryer: christine.cryer@arkansasag.gov, danielle.law@arkansasag.gov,agcivil@arkansasag.gov
Ms. Kesia Morrison: kesia.morrison@arkansasag.gov, agcivil@arkansasag.gov,danielle.law@arkansasag.gov,katie.wilson@arkansasag.gov
Mr. David Anthony Stebbins: stebbinsd@yahoo.com