18-2308  David Stebbins v. State of Arkansas, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 11/14/2018

**Case Name:** David Stebbins v. State of Arkansas, et al
**Case Number:** 18-2308

**Docket Text:**
Paper copies Appellee/Respondent brief, [4725492-2] filed by Arkansas Rehabilitation Services, Ms. Amy Jones and State of Arkansas 10 paper copies received.
**Reply brief of David Anthony Stebbins due 11/27/2018** [4726176] [18-2308]

**The following document(s) are associated with this transaction:**
Document Description: None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Ms. Christine Ann Cryer: christine.cryer@arkansasag.gov, danielle.law@arkansasag.gov,agcivil@arkansasag.gov
Ms. Kesia Morrison: kesia.morrison@arkansasag.gov, agcivil@arkansasag.gov,danielle.law@arkansasag.gov,katie.wilson@arkansasag.gov