UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

DAVID A. STEBBINS                                            APPELLANT

VS.                        CASE NO. 18-2308

STATE OF ARKANSAS, ARKANSAS
REHABILITATION SERVICES, AND AMY JONES       APPELLEES

## MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following Motion for a 7-Day Extension of Time to File my Reply Brief.

1. After this case was dismissed in the District Court, I took up freelance work. I recently have had a sudden explosion of work, with my clients praising the quality thereof (you know ... the very thing the Defendants said I was incapable of doing). As such, I have not had as much time to work on this Brief as I would like.

2. I also sunk quite a lot of money in purchasing supplies for my freelance work. I will need my SSI check for December 2018[1] before I will be able to afford the cost of faxing the Reply Brief to you for filing.

3. For both of these reasons, I ask for a modest 7-day extension of time to file my Reply Brief. If granted, the new due date for my Reply Brief should be December 4, 2018.

4. This motion is not being made for the purpose of delay or any improper

---

1 My SSI benefits are only reduced if I have income, not taken away completely.

FAX RECEIVED

NOV 27 2018

U.S. COURT OF APPEALS
EIGHTH CIRCUIT

purpose.

So requested on this, the 27th Day of November, 2018.

*David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com