# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 11/27/2018

**Case Name:**   David Stebbins v. State of Arkansas, et al
**Case Number:**   18-2308

**Docket Text:**
MOTION for extension of time to file brief until 12/07/2018, filed by Appellant Mr. David Anthony Stebbins w/service 11/27/2018. [4729596] [18-2308]

**The following document(s) are associated with this transaction:**
Document Description:   Motion for extension of time to file reply brief

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Christine Ann Cryer: christine.cryer@arkansasag.gov, danielle.law@arkansasag.gov,agcivil@arkansasag.gov
Ms. Kesia Morrison: kesia.morrison@arkansasag.gov, agcivil@arkansasag.gov,danielle.law@arkansasag.gov,katie.wilson@arkansasag.gov
Mr. David Anthony Stebbins: stebbinsd@yahoo.com