# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-2308

David Anthony Stebbins

Appellant

v.

State of Arkansas, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:17-cv-03092-TLB)
_____

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellant may have until December 7, 2018 to file the brief.

November 27, 2018

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans