18-2308  David Stebbins v. State of Arkansas, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 12/07/2018

**Case Name:** David Stebbins v. State of Arkansas, et al
**Case Number:** 18-2308

**Docket Text:**
**BRIEF FILED** - APPELLANT REPLY BRIEF filed by Mr. David Anthony Stebbins. w/service 12/07/2018 , Length: 16 pgs
[4733780] [18-2308]

**The following document(s) are associated with this transaction:**
Document Description:  Reply Brief Filed

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Christine Ann Cryer: christine.cryer@arkansasag.gov,
danielle.law@arkansasag.gov,agcivil@arkansasag.gov
Ms. Kesia Morrison: kesia.morrison@arkansasag.gov,
agcivil@arkansasag.gov,danielle.law@arkansasag.gov,katie.wilson@arkansasag.gov
Mr. David Anthony Stebbins: stebbinsd@yahoo.com