_____

No: 18-2308
_____

David Anthony Stebbins

Plaintiff - Appellant

v.

State of Arkansas; Amy Jones; Arkansas Rehabilitation Services

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:17-cv-03092-TLB)

_____

**JUDGMENT**

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

May 24, 2019

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans